Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–32820–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Theodore H. Malmgren IV
22 Wolfhill Ave.
Oceanport, NJ 07757

Social Security No.:
xxx–xx–5002

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/2/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 3, 2020
JAN: wir

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 18-32820-MBK
Theodore H. Malmgren, IV                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jun 03, 2020
                              Form ID: 148             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
```
db             +Theodore H. Malmgren, IV,    22 Wolfhill Ave.,    Oceanport, NJ 07757-1039
517966395       Emergency Physician Associate North Jersey,    PO Box 1123,    Minneapolis MN 55440-1123
517877083      +Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
517877084      +Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
517877086      +Financial Control Services,    Po Box 23369,    Waco, TX 76702-3369
517877087      +KML Law Group, P.C.,    216 Haddon Avenue,    Ste. 406,    Westmont, NJ 08108-2812
517877103      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
517877091      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
517877092      +Trans Union Corporation,    Public Records Department,    555 West Adams St.,
                 Chicago, IL 60661-3631
517877097      +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
517877093      +Wakefield & Associates,    Attn: Bankruptcy,    Po Box 441590,    Aurora, CO 80044-1590
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 03 2020 23:13:28     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 03 2020 23:13:26     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 03 2020 23:13:50
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard, 5th Floor,
                 Coral Gables, FL 33146-1873
517877101      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 03 2020 23:13:50
                 Bayview Financial Loan,   Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
517877081      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 03 2020 23:13:50
                 Bayview Financial Loan,   4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
518381117      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 03 2020 23:13:50
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
518381116      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 03 2020 23:13:50
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1873
517877082      +E-mail/Text: bankruptcy.notifications@fisglobal.com Jun 03 2020 23:13:46     Chexsystems, Inc.,
                 Attn: Customer Relations,   7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
517877085      +E-mail/Text: EBN_Waco@Receivemorermp.com Jun 03 2020 23:14:20     Financial Control Services,
                 Attn: Bankruptcy,   Po Box 21626,    Waco, TX 76702-1626
517877088       E-mail/Text: camanagement@mtb.com Jun 03 2020 23:12:58     M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
517877102       E-mail/Text: camanagement@mtb.com Jun 03 2020 23:12:58     M & T Bank,   Attn: Bankruptcy,
                 Po Box 844,   Buffalo, NY 14240
517987556       E-mail/Text: camanagement@mtb.com Jun 03 2020 23:12:58     M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
517922538       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 03 2020 23:16:00     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517877089      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 03 2020 23:17:32
                 Merrick Bank/CardWorks,   Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
517877090      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 03 2020 23:15:59
                 Merrick Bank/CardWorks,   Po Box 9201,    Old Bethpage, NY 11804-9001
517937465       EDI: Q3G.COM Jun 04 2020 02:28:00      Quantum3 Group LLC as agent for,    CP Medical LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTAL: 16
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517877094*     +Wakefield & Associates,    Attn: Bankruptcy,    Po Box 441590,    Aurora, CO 80044-1590
517877095*     +Wakefield & Associates,    Attn: Bankruptcy,    Po Box 441590,    Aurora, CO 80044-1590
517877096*     +Wakefield & Associates,    Attn: Bankruptcy,    Po Box 441590,    Aurora, CO 80044-1590
517877098*     +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
517877099*     +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
517877100*     +Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
                                                                                   TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 03, 2020
                              Form ID: 148             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill   Manzo    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              Jonathan   Goldsmith Cohen    on behalf of Debtor Theodore H. Malmgren, IV
               imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor   Bayview Loan Servicing, LLC
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor   Bayview Loan Servicing, LLC
               NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
              Phillip Andrew Raymond    on behalf of Creditor   M&T BANK phillip.raymond@mccalla.com,
               mccallaecf@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```